THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE F. BROWN, Appellant.

Argued January 13, 1948; decided March 11, 1948.

*Frank S. Hogan,* District Attorney (*Charles W. Manning, Whitman Knapp* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.